UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID S. APPERSON,<br><br>        Plaintiff,<br><br>   v.<br><br>KARENA K. KIRKENDOLL, *et al.*,<br><br>        Defendants. | CASE NO. 3:21-cv-05330-JCC<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

The Court, having reviewed plaintiff's motion to proceed *in forma pauperis*, does hereby find and ORDER: plaintiff's declaration indicates that he is unable to afford the Court's filing fee or give security therefore.

Accordingly, plaintiff's motion to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff is not a prisoner within the meaning of the Prison Litigation Reform Act. The portion of the act requiring a prisoner to pay the filing fee in installments does not apply to plaintiff. Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Plaintiff shall

note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

Dated this 12th day of May, 2021.

J. Richard Creatura
Chief United States Magistrate Judge